PROB 12A
(NYEP-11/25/02)

K. WONG, USPO

# United States District Court
## for
## Eastern District of New York
### Report on Offender Under Supervision

Name of Offender: **Prince Woodard**  Case Number: **98-CR-500(S)-04**
Name of Sentencing Judicial Officer: **The Honorable Frederic Block, Senior U.S. District Judge**
Date of Original Sentence: **August 7, 2002**
Original Offense: **18 USC 1951, Robbery, a Class C Felony 18 USC 924(C)(1), Use of a Firearm During Crime of Violence, a Class D Felony**
Original Sentence: **30 Months Custody, 5 Years Supervised Release, $200 Special Assessment, Drug Treatment, Full Financial Disclosure, $70,000 Restitution**

Type of Supervision: **Supervised Release**   Date Supervision Commenced: **August 30, 2002**

---

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1. | Illicit Drug Use (Marijuana) |

U.S. Probation Officer Action:

On November 21, 2005, the offender failed to submit a urine specimen as directed by the Probation Department in order to randomly monitor for the use of illegal drugs. Subsequently, the offender failed to report to the Probation Department on November 23, 2005, and November 30, 2005, to submit a make-up urine specimen.

During an office contact on December 1, 2005, a urine specimen was secured from the offender, and he indicated that it would test positive for the recent use of marijuana. Specifically, the offender admitted that he was feeling depressed during the Thanksgiving Holiday and had smoked two marijuana cigarettes. Previously, the offender had tested positive for marijuana use on April 26, 2005, and July 25, 2005, and was he was admonished for this misconduct. Most recently, the offender stated that he is willing to attend outpatient drug treatment and he is currently in the midst of the enrollment process.

U.S. Probation Officer Action (Continued):

It is further noted that the offender failed to make restitution payments between July 2004 and April 2005. As a sanction, the offender was discharged from an administrative caseload and returned to general supervision. Since the discharge, the offender has been making timely restitution payments and has thus far paid $1,200 with a remaining restitution balance of $68,800.

Based on the offender's willingness to attend treatment, the Probation Department respectfully recommends that Your Honor not take any action at this time. If agreeable to the Court, we will continue to monitor the offender's response to treatment. Furthermore, the offender has been placed in the probation department's Random Urine Testing program in order to detect any additional drug use. If the offender fails to attend treatment or continues his illicit drug use, we will notify the Court immediately with an appropriate recommendation.

Respectfully submitted by,

Kenneth F. Wong
U.S. Probation Officer
(347) 534-3469

Approved by,

Guillermo G. Figueroa
Supervising U.S. Probation Officer
Date:

THE COURT ORDERS:
- [x] No Action
- [ ] Submit a Request for Modifying the Condition or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

_____
Signature of Judicial Officer

_____
Date